

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:10cr251 (JCC) |
| | ) | |
| ADAM ALBRETT | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

This matter having coming on for a status hearing, and upon review of the evaluation of the mental health of Adam Albrett, conducted at the Federal Medical Center Butner, North Carolina, and having found that in the opinion of the Risk Panel and the evaluators, that Mr. Albrett's release at this time would not present a substantial risk of bodily injury to another person or serious damage to the property of another due to his mental illness and with no opposition from the government, it is accordingly ORDERED:

(1) That the Adam Albrett be and is hereby released unconditionally., pursuant to 18 U.S.C. § 4243 (e).

(2) That the Clerk shall forward copies of this Order to all counsel of record in this matter.

Alexandria, Virginia
December 28, 2010

/s/
James C. Cacheris
United States District Judge